**FILED**

**JUN 30 2015**

**Clerk, U.S. District and
Bankruptcy Courts**

UNITED STATES DISTRICT AND BANKRUPTCY COURTS

FOR THE DISTRICT OF COLUMBIA


Wu Xiaofeng

6481 Cheyenne Dr., Unit 301

Alexandria, VA 22312-2363

Case: 1:15-cv-01040
Assigned To : Sullivan, Emmet G.
Assign. Date : 6/30/2015
Description: Employ Discrim. (H)


vs.


John F. Kerry,

Secretary,

U.S. Department of State

2201 C St., N.W.   Washington, DC 20520-0000


*Zheng, Limin*

*Supervisor) Chinese Section*

*U. S Department of State*

*4000 Arlington Blvd, VA 22204*

*Foreign Service Institute*

*Arlington, VA 22204*


COMPLAINT


Several years ago I reported a colleague and office mate (Zheng, limin) to my supervisors

(after four months of hesitation) who was using large portions of his work time to work

on his stock portfolio online, managing his personal investments and conducting stock

transactions, when he should have been doing his work as a teaching specialist. The very

large time he spent at work for personal issues struck me as a problem and a fraud , so I

reported him to the managers (first to Mr. William Miracle, later to Ms. Alysoun

Mahoney).


The result of this incident may come as a surprise. This individual (Mr. Zheng) was

promoted. One of the supervisors (Mr. Miracle) to whom I had reported this problem,

when he became EAP (East Asia and Pacific) director, promoted the person (Zheng,

limin) to the position of supervisor with direct power over me. It appears that Zheng has


**RECEIVED**

launched a new line of work, in Chinese-English translation. It appears he is not doing this work from his FSI office. (See attached material 1.) Since then, my career and myself suffered a lot.

In 2009, I contacted the EEO office; in 2010, I filed the first case. Mr. Miracle, the former EAP director, who was involved in my first case, "hinted" to Mr. Zheng limin about my EEO action (according to his affidavit). The relationship between management and me became tense. In around October of 2010, I filed an amendment to my first case because of public humiliation and harassment at work.

As a result, I got lots of retaliation such as: unfair and bullying treatment, warning letters, denial of almost all my career efforts and creation of a very hostile work environment.

(For example: I have applied for GG12 Teaching specialist positions many times since then, and have been interviewed many times, several times Mr. Zheng was present, and was on the selection committee. I also have been denied coordinator jobs). Therefore, I filed another EEO complaint.

(First case No. DOS-F-063-10 was filed in 2010; second case was No. DOS-I-0110-13.)

I was denied career opportunities and leave because of retaliation and harassment by supervisors Zheng and Wang. Since I filed my EEO cases, they have tried to do lot of things against my wishes. I have been subjected to harassment, including inappropriate requests for documentation, insensitive treatment, micromanagement, and inappropriate comments, and inaccurate information to school officers.

In Oct 2013, I told them that my father was diagnosed with cancer and he is 81 years old. They insisted on getting more information. I told them that my father's cancer had spread, was in the last stage, and he could not fax the doctor's notes. They still wanted to get doctor's details diagnosis notes. Every time supervisor said that this was according to section's policy. Section policy, however, is set by supervisors; that means they can do whatever they want.

On January 6, 2014, my father passed away, supervisors requested to observe my class, knowing I was not at my best.

What do I seek as a resolution to this EEO complaint?

I have gotten sick lots of times as a result of stress from the unfair work environment and retaliation. Because I am afraid of retaliation, I have never asked supervisors for time off to pursue my EEO cases, which government regulations allow. I have used a lot of my own leave and sick leave to pursue EEO issues such as mediation, talking to different levels of management and lawyers, and seeking help and advice from the Department Staff Development Office. I would like the government to restore this leave time if possible. This has not only affected me but has taken up time from my friends and family.

I would like the government to transfer me to a different position so that I no longer have to work in this hostile and stressful environment. If I must continue to work in Chinese section, I would hope to obtain a promotion to demonstrate management's support for me.

fourteen (14)

The current GG-12 Specialist is doing the same scheduling job I preformed ~~thirteen (13)~~

years ago but used my personal time.  I was doing the schedule job in addition to my

full-time teaching (for four and half years). The current GG-12 Specialists use working

time to do schedule job and have never done schedule job before their promotions.  I

hope the Department to recognize the special contributions I have made to the section.

Payback my lawyer fee is also requested .

I request a jury trial.

Address for Department of State:

2201 C St., N.W.

Washington, DC 20520-0000



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Office of Federal Operations**
**P.O. Box 77960**
**Washington, DC 20013**

Xiaofeng Wu,
Complainant,

v.

John Kerry,
Secretary,
Department of State,
Agency.

Request No. 0520150075

Appeal No. 0120122707

Agency No. DOSF06310

DECISION ON REQUEST FOR RECONSIDERATION

Complainant timely requested reconsideration of the decision in Xiaofeng Wu v. Department of State, EEOC Appeal No. 0120122707 (September 30, 2014). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. See 29 C.F.R. § 1614.405(c).

During the period at issue, Complainant worked as a Language and Culture Instructor, GG-11 at the Agency's Foreign Service Institute in Arlington, Virginia. Complainant filed a formal EEO complaint claiming that the Agency discriminated against her on the basis of national origin (Chinese) and in reprisal for prior protected EEO activity. Specifically, Complainant claimed that she was not selected for a Teaching Specialist position, and she was subjected to a hostile work environment, characterized by, but not limited to, humiliating comments and exclusion from meetings.

Our prior appellate decision affirmed the Agency's final agency decision concluding that Complainant failed to prove her discrimination claims. Our prior decision found that even if Complainant had established a prima facie case of reprisal and national origin discrimination regarding the non-selection, the Agency had articulated legitimate, nondiscriminatory reasons which were not pretextual. Moreover, our prior decision found that the Agency had properly determined that the incidents complained of, when considered collectively, were not severe or pervasive enough to establish a hostile work environment.

2                                                          0520150075

In her request for reconsideration, Complainant argues that the prior decision was clearly erroneous and that a new decision would have a substantial beneficial impact. Complainant makes a variety of arguments, focusing on the Agency's EEO complaint history from June 2010 through November 2012, as well as the EEO complaint history of her current supervisors.

Complainant also challenges the adequacy of the investigation, noting the purported false statements provided by Agency management. Complainant also notes that the Agency improperly stated that she had not provided sufficient evidence that her qualifications were plainly superior to the chosen candidate. Complainant also contends that the EEO investigator and the Commission have misinterpreted the importance of scheduling assignments at the Agency and how it has been used as a form of retaliation against her.

We determine that the matters addressed by Complainant in the instant request were raised, or could have been raised below. We emphasize that a request for reconsideration is not a second appeal to the Commission. See EEO MD-110, Ch. 9, § VII.A. Rather, a reconsideration request is an opportunity to demonstrate that the appellate decision involved a clearly erroneous interpretation of material fact or law, or will have a substantial impact on the policies, practices, or operations of the Agency. Complainant has not done so here.

After reviewing the previous decision and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(c), and it is the decision of the Commission to deny the request. The decision in EEOC Appeal No. 0120122707 remains the Commission's decision. There is no further right of administrative appeal on the decision of the Commission on this request.

### COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0610)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court within ninety (90) calendar days from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official Agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

### RIGHT TO REQUEST COUNSEL (Z0610)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request from the Court that the Court appoint an attorney to represent you and that the Court also permit you to file the action without payment of fees, costs, or other security. See Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et seq.; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). The grant or

3                                    0520150075

denial of the request is within the sole discretion of the Court.  Filing a request for an attorney with the Court does not extend your time in which to file a civil action.  Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File a Civil Action").


FOR THE COMMISSION:


Carlton M. Hadden, Director
Office of Federal Operations


__MAR 2 7 2015__
Date



# COLUMBIA UNIVERSITY
### IN THE CITY OF NEW YORK

OFFICE OF ADMISSIONS AND FINANCIAL AID

April 1, 2005

Ms. Xiaofeng Wu
6481 Cheynne Dr Apt # 301
Alexandria, VA 22312

Dear Ms. Wu,

We are delighted to invite you to study in the Master of International Affairs Program at the School of International and Public Affairs beginning with the Fall 2005 term. This year's applicant pool is of an extraordinarily high quality, and your admission is something of which you can be justifiably proud. Your offer of admission is for full-time study only.

We regret that we are unable to offer you a fellowship. Funding is extremely competitive and unfortunately, we cannot offer fellowships to many excellent candidates. Please know that SIPA reserves the majority of its fellowship support for second year students, and over 65% of the second year class receives an award. Additional financial aid information will be sent to you within the next two weeks. If you have other questions about financial aid, please visit our web site at http://sipa.columbia.edu/finaid/ .

Please use our welcome page to download the response form to reply to our offer of admission by May 1st, 2005. Our offer of admission is valid only until this date. Be sure to include a check or international money order, payable to Columbia University/SIPA, in the amount of $500 with your form. Unfortunately, we cannot accept international postal money orders. This deposit is non-refundable; however, when you matriculate, this amount will be credited toward your tuition for the fall semester. Please make certain that your name appears clearly on the check, and that you include two passport-sized photos.

You must apply for housing immediately to be considered for the limited available space. Your Columbia University ten-digit identification number (CUID) is C002449353. The CUID number could be used for online registration purposes, housing application and other student services online. You can complete the university housing application and the visa application for international students at the welcome page for newly admitted students:

The URL:      http://sipa.columbia.edu/admissions/response/
Userid:       sipanew
Password:     response5

You can also print copies of the SIPA admissions response form and other university forms. Please contact us if you are unable to access the Internet or need hardcopies of our forms.

Fall Orientation is mandatory for all incoming students and will be held from August 29th through September 2nd, 2005. More details on orientation, registration, and classes will be posted to the welcome page later this Summer.

SIPA students are motivated and talented individuals from all over the world, and thousands of SIPA alumni are today leading interesting, inspiring and productive lives. We look forward to you becoming part of the SIPA community.

Sincerely yours,

Karen Fairclough
Director of Admissions and Financial Aid

Robin J. Lewis
Associate Dean

# COLUMBIA UNIVERSITY
### IN THE CITY OF NEW YORK

GRADUATE SCHOOL OF ARTS AND SCIENCES
OFFICE OF STUDENT AFFAIRS

May 20, 2005

Ms. Xiaofeng Wu
6481 Cheyenne Drive #301
Alexandria VA 22312

Dear Ms. Wu:

We are pleased to welcome you to the Liberal Studies Master of Arts program. You have been admitted for the term that begins Tuesday, September 6, 2005. Please sign and return the enclosed form indicating your response.

The Liberal Studies program offers a unique opportunity for interdisciplinary study. We hope you will agree to join us. We have included in this mailing a variety of useful information including information about financing your education.

Our plans for pre-enrollment orientation will take shape over the next few weeks. Customarily, orientation is held the week prior to the beginning of classes. If you plan to relocate to New York in order to enroll in the Liberal Studies program, you may want to make space in your schedule for the additional time required to find housing in the city. Housing through Columbia's University Apartment Housing office is difficult to secure. To be considered, you must complete an application available on-line at http://www.columbia.edu/cu/ire no later than June 1, 2005. To access the application, use the following information: user name: **housing**, the password is **uah779548** and your personal identification number (PID) is **C002449353**.

If you have any immediate concerns or questions regarding the program, please do not hesitate to call (212) 854-4932. We ask that you please respond to our offer of admission by May 30. Please fax the enclosed form to us at (212) 854-2863.

Congratulations on your admission. We look forward to having you with us.

Sincerely yours,

Henry C. Pinkham
Dean

PS: Baccalaureate completed file

### TEACHERS COLLEGE
#### COLUMBIA UNIVERSITY

DONALD C. MARTIN

ASSOCIATE DEAN FOR ENROLLMENT AND STUDENT SERVICES

Xiaofeng Wu
6481 Cheyenne Dr Apt# 301
Alexandria, VA 22312

April 7, 2005

Dear Xiaofeng,

Hello from the Office of Enrollment and Student Services (OESS) and congratulations on your acceptance to Teachers College!  Enclosed you will find information that will help you in planning for your enrollment at TC.  You will soon be receiving a copy of the 2004-2005 Teachers College Catalog. We encourage you to review the academic information so that you are familiar with your program of study prior to New Student Experience (Orientation).

We invite you to visit Teachers College for one of our Admitted Student Weekends which are scheduled for May 6-7 and June 17-18, 2005.  Information about these events was included in your admission packet, but it is also available on our website at www.tc.columbia.edu/admissions/admitted or by calling the Office of Admission at (212) 678-3710.  Additionally, you will see from our website that we have scheduled several online activities over the next few months.  Simply log on from any computer and begin chatting with Teachers College representatives.

New Student Experience (NSE) 2005 will take place Friday September 2nd – Tuesday September 6, 2005.  New students must attend Friday, September 2, 2005 and Tuesday, September 6, 2005 and look for additional programming September 3-5, 2005.  The New Student Experience program is for students admitted to both the Summer and Autumn semesters.  The new TC Catalog will be distributed during NSE.  The first day of classes is September 7, 2005.

Once again, congratulations on your acceptance.  We look forward to seeing you at an upcoming event. If your enrollment plans change, or if you have any questions whatsoever, just let us know.

Sincerely,

Donald C. Martin
Associate Dean for Enrollment & Student Services

*Welcome to TC Xiaofeng!*

## APPRAISAL FOR:

| Employee Name *(Last, First, MI.)* | Employee ID |
|---|---|
| WU    XIAO-FENG | 111887 |

## FINAL RATING

| Critical Performance Element Ratings | Summary Level Rating |
|---|---|

**Critical Performance Element 1: Work Commitments**

1a. _Exceeds Expectations_
1b. _Exceeds Expectations_
1c. _Exceeds Expectations_
1d. _____
1e. _____

**Critical Performance Elements 2-5:**

2. _Exceeds Expectations_
3. _Exceeds Expectations_
4. _Exceeds Expectations_
5. _Exceeds Expectations_

**Summary Level Rating**

*(Check only one)*
☒ Outstanding
☐ Exceeds Expectations
☐ Fully Successful
☐ Not Successful

## DERIVING THE SUMMARY LEVEL RATING

| | |
|---|---|
| Outstanding | All Work Commitments (Critical Performance Element 1) and all competencies (Critical Performance Elements 2-5) must be rated "Exceeds Expectations". |
| Exceeds Expectations | Must be rated "Exceeds Expectations" for 50% or more of Work Commitments (Critical Performance Element 1); and rated "Exceeds Expectations" for 50% or more of Critical Performance Elements 2-5. |
| Fully Successful | Must be rated "Exceeds Expectations" for less than 50% of Work Commitments (Critical Performance Element 1); and must have "Fully Successful" or higher rating for Critical Performance Elements 2-5 |
| Not Successful | "Not Successful" on one or more Critical Performance Elements (including Work Commitments and Critical Performance Elements 2-5). |

## CERTIFICATION OF PROGRESS REVIEW

In addition to providing continuous performance feedback to an employee, the supervisor is required to hold at least one performance discussion during the appraisal period, usually a mid-cycle review. This discussion should cover the employee's job elements and performance standards; employee strengths and weaknesses; performance deficiencies; recommendations for improvement; developmental training and assignments; and supervisory expectations for the remainder of the appraisal period. *(The Mandatory Mid-Year Performance Review, Form DS-7645 must be used to facilitate the progress review discussion. The form does not become part of this appraisal report.)*
Indicate date(s) of Progress Review and sign below:

(1) _06-04-2014_     (2) _____     (3) _____
    Date *(mm-dd-yyyy)*         Date *(mm-dd-yyyy)*             Date *(mm-dd-yyyy)*

/s/ WHA-CHUN KIM          _11-07-2014_     /s/ XIAO-FENG WU          _11-07-2014_
Signature of Rating Official     Date *(mm-dd-yyyy)*     Signature of Employee     Date *(mm-dd-yyyy)*

## APPRAISAL DISCUSSION

We acknowledge that an appraisal discussion was held and that the employee has been provided with a copy of his/her appraisal report. The employee's signature on this appraisal report is an acknowledgement of receipt of the rating and in no way implies that he/she is in agreement with the narrative summary and/or rating.

/s/ WHA-CHUN KIM          _01-28-2015_     /s/ XIAO-FENG WU          _01-29-2015_
Signature of Rating Official     Date *(mm-dd-yyyy)*     Signature of Employee     Date *(mm-dd-yyyy)*

☐ The employee has not signed this appraisal report. I am, therefore, forwarding the report on, in accordance with 3 FAM 2820. The employee has been informed of this decision and has been given a copy of the appraisal report.

Non-Supervisor

---

**APPRAISAL FOR:**

Employee Name *(Last, First, MI.)*
WU          XIAO-FENG

Employee ID
111887

**EMPLOYEE COMMENTS**          *(Optional)*

**EMPLOYEE'S REQUEST FOR A HIGHER LEVEL REVIEW BY THE REVIEWING OFFICIAL**

I understand that I may request a higher level review of my appraisal report by the reviewing official.

☒   I *do not*          ☐   *do* request a higher level review.

/s/ XIAO-FENG WU                                    01-29-2015
_____        _____
          Signature of Employee                         Date *(mm-dd-yyyy)*

**REVIEWING OFFICIAL'S APPROVAL OF RATING OF RECORD**

To be completed when the employee has opted for a higher level review by the reviewing official; or the employee has received a rating of "Not Successful"; or when the interim performance rating will become the rating of record.   *Comments must be provided below when the rating is changed or the employee is rated "Not Successful".*   **The Final Summary Level Determination is:**

☐   Outstanding          ☐   Exceeds Expectations          ☐   Fully Successful          ☐   Not Successful

**Reviewing Official's Comments**

_____        _____
          Signature of Reviewing Official                 Date *(mm-dd-yyyy)*

**TECHNICAL REVIEW**

A technical review of this rating has been completed.

FYFE, LAURA J                          /s/ LAURA FYFE                          03-25-2015
_____        _____        _____
**Printed** name of Executive Director/Designate        **Signature** of Executive Director/Designate        Date *(mm-dd-yyyy)*

*Attachment 1*

Non-Supervisor

## APPRAISAL FOR:

| Employee Name (Last, First, MI.) | | Employee ID |
|---|---|---|
| Wu | Xiao-Feng | ~~IFG~~ 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 ~~111882~~ |

| Performance Appraisal Period | | | |
|---|---|---|---|
| From (mm-dd-yyyy) | 01-16-2008 | To (mm-dd-yyyy) | 12-31-2008 |

## FINAL RATING

| Critical Performance Element Ratings | | Summary Level Rating |
|---|---|---|
| **Critical Performance Element 1: Work Commitments** | **Critical Performance Elements 2-5:** | *(Check only one)* |

| | | |
|---|---|---|
| 1a. Exceeds Expectations | 2. Exceeds Expectations | [X] Outstanding |
| 1b. Exceeds Expectations | 3. Exceeds Expectations | [ ] Exceeds Expectations |
| 1c. Exceeds Expectations | 4. Exceeds Expectations | [ ] Fully Successful |
| 1d. Exceeds Expectations | 5. Exceeds Expectations | [ ] Not Successful |
| 1e. _____ | | |

## DERIVING THE SUMMARY LEVEL RATING

| Outstanding | All Work Commitments (Critical Performance Element 1) and all competencies (Critical Performance Elements 2-5) must be rated "Exceeds Expectations". |
|---|---|
| Exceeds Expectations | Must be rated "Exceeds Expectations" for 50% or more of Work Commitments (Critical Performance Element 1); and rated "Exceeds Expectations" for 50% or more of Critical Performance Elements 2-5. |
| Fully Successful | Must be rated "Exceeds Expectations" for less than 50% of Work Commitments (Critical Performance Element 1); and must have "Fully Successful" or higher rating for Critical Performance Elements 2-5. |
| Not Successful | "Not successful" on one or more Critical Performance Elements (including Work Commitments and Critical Performance Elements 2-5). |

## CERTIFICATION OF PROGRESS REVIEW

In addition to providing continuous performance feedback to an employee, the supervisor is required to hold at least one performance discussion during the appraisal period, usually a mid-cycle review. This discussion should cover the employee's job elements and performance standards; employee strengths and weaknesses; performance deficiencies; recommendations for improvement; developmental training and assignments; and supervisory expectations for the remainder of the appraisal period. *(The Mandatory Mid-Year Performance Review, Form DS-7645 must be used to facilitate the progress review discussion. The form does not become part of this appraisal report.)* Indicate date(s) of Progress Review and sign below:

(1) 07-02-2008
Date (mm-dd-yyyy)

(2) _____
Date (mm-dd-yyyy)

(3) _____
Date (mm-dd-yyyy)

_____
Signature of Rating Official

03/11/2009
Date (mm-dd-yyyy)

_____
Signature of Employee

3/11/09
Date (mm-dd-yyyy)

## APPRAISAL DISCUSSION

We acknowledge that an appraisal discussion was held and that the employee has been provided with a copy of his/her appraisal report. The employee's signature on this appraisal report is an acknowledgement of receipt of the rating and in no way implies that he/she is in agreement with the narrative summary and/or rating.

_____
Signature of Rating Official

03/11/2009
Date (mm-dd-yyyy)

_____
Signature of Employee

3/11/09
Date (mm-dd-yyyy)

[ ] The employee has not signed this appraisal report. I am, therefore, forwarding the report on, in accordance with 3 FAM 2820. The employee has been informed of this decision and has been given a copy of the appraisal report.

DS-7644

## APPRAISAL FOR:

| Employee Name *(Last, First, MI)* | | Employee ID |
|---|---|---|
| Wu | Xiao-Feng | 533137265 |

| Performance Appraisal Period | | | |
|---|---|---|---|
| From *(mm-dd-yyyy)* | 01-01-2007 | To *(mm-dd-yyyy)* | 01-15-2008 |

## FINAL RATING

### Performance Element Ratings

| | |
|---|---|
| Commitments .. ........... .... | Outstanding |
| Business results..... ..... .. | Outstanding |
| Job Knowledge.......... .. .... | Outstanding |
| Participation ... | Excellent |
| Interpersonal Skills . ...... | Outstanding |
| Demonstrates Leadership . | *(If Applicable)* |
| Manages Performance  ..... | *(If Applicable)* |

### Summary Level Rating

*(Check only one)*

[X] Outstanding contribution

[ ] Excellent contribution

[ ] Fully Successful contribution

[ ] Not Successful*

\* *Failure in ONE Performance Element results in a Not Successful rating*

### Deriving the Summary Level Rating

**Outstanding**
The majority of Performance Elements have been rated at the Outstanding level with the remainder being rated no lower than Excellent

**Excellent**
The majority of Performance Elements have been rated at the Excellent level or above, with the remainder being rated no lower than Fully Successful.

**Fully Successful**
All Performance Elements have been rated at least Fully Successful.

**Not Successful**
One or more Performance Elements has been rated Not Successful

### CERTIFICATION OF FINAL RATING

[✓] I met with the employee and conducted the Final Appraisal Discussion.

_____     02-13-2008
Signature of Rating Official              Date *(mm-dd-yyyy)*

[✓] I want to discuss my evaluation with the Reviewing Official.

_____     02-13-2008
Signature of Employee                   Date *(mm-dd-yyyy)*

[ ] I concur with the rating.

[ ] I met with the employee to discuss the rating and provide the following comments.

_____     02-13-2008
Signature of Reviewing Official          Date *(mm-dd-yyyy)*

DS-7636

| Name of Employee | Wu, Xiaofeng | SSN: | 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 |
|---|---|---|---|

| SECTION IV - SUMMARY LEVEL DETERMINATION, RATING OFFICIAL'S APPROVAL, AND EMPLOYEE COMMENTS |
|---|

**PART 1 -- SUMMARY LEVEL DETERMINATION:** When a *rating of record* or an *interim performance* rating is prepared, an overall summary level must be assigned to the rating. Based on the level assigned to each critical and non-critical job element, rating officials must use the instructions below to determine the employee's overall summary level. Prior to documenting the summary level determination on the appraisal form, the rating official must share and discuss a draft of the appraisal report and the proposed summary level determination with the employee. The employee must also have an opportunity to comment formally on his/her final appraisal report in *Part 3* below. *(See instructions for additional guidance.)*

**Outstanding:** The majority of elements (critical and non-critical) have been rated at the Outstanding level with the remainder being rated no lower than Excellent.   [x]

**Excellent:** The majority of elements (critical and non-critical) have been rated at the Excellent level or above, with the remainder being rated no lower than Fully Successful. Exceptions: (1) When one of two or two of four elements are rated at the Outstanding level and the remainder are rated no lower than Fully Successful, the overall rating would be Excellent; (2) When a majority of elements (critical and non-critical) are rated at the Outstanding level and a remaining non-critical element is rated Unacceptable, the overall summary level is Excellent (this should rarely occur).   [ ]

**Fully Successful:** All critical elements have been rated at least Fully Successful. Unacceptable on a non-critical element results in an overall summary level of Fully Successful.   [ ]

**Unacceptable:** One or more critical elements has been rated Unacceptable.   [ ]

**PART 2 -- RATING OFFICIAL'S APPROVAL OF THE RATING OF RECORD or INTERIM PERFORMANCE RATING**
*(See Type of Appraisal Report in Section I)*

_____   01/30/2007
Signature of Rating Official         Date (mm-dd-yyyy)

**PART 3 -- EMPLOYEE COMMENTS** *(Optional).* You may use this section to comment on your performance for this appraisal period. You may also indicate the extent to which your supervisor helped develop your knowledge, skills and abilities.

| Name of Employee | WU, XIAO-FENG | SSN: | 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 |
| --- | --- | --- | --- |

**SECTION IV - SUMMARY LEVEL DETERMINATION, RATING OFFICIAL'S APPROVAL, AND EMPLOYEE COMMENTS**

**PART 1 -- SUMMARY LEVEL DETERMINATION:** When a *rating of record* or an *interim performance* rating is prepared, an overall summary level must be assigned to the rating. Based on the level assigned to each critical and non-critical job element, rating officials must use the instructions below to determine the employee's overall summary level. Prior to documenting the summary level determination on the appraisal form, the rating official must share and discuss a draft of the appraisal report and the proposed summary level determination with the employee. The employee must also have an opportunity to comment formally on his/her final appraisal report in *Part 3* below. *(See instructions for additional guidance.)*

**Outstanding:**　　The majority of elements (critical and non-critical) have been rated at the Outstanding level with the remainder being rated no lower than Excellent.  ☒

**Excellent:** The majority of elements (critical and non-critical) have been rated at the Excellent level or above, with the remainder being rated no lower than Fully Successful. Exceptions: (1) When one of two or two of four elements are rated at the Outstanding level and the remainder are rated no lower than Fully Successful, the overall rating would be Excellent; (2) When a majority of elements (critical and non-critical) are rated at the Outstanding level and a remaining non-critical element is rated Unacceptable, the overall summary level is Excellent (this should rarely occur).  ☐

**Fully Successful:** All critical elements have been rated at least Fully Successful. Unacceptable on a non-critical element results in an overall summary level of Fully Successful.  ☐

**Unacceptable:** One or more critical elements has been rated Unacceptable.  ☐

**PART 2 -- RATING OFFICIAL'S APPROVAL OF THE RATING OF RECORD or INTERIM PERFORMANCE RATING**
*(See Type of Appraisal Report in Section I)*

Signature of Rating Official　　　　　　　　　　Date *(mm dd yyyy)*

**PART 3 -- EMPLOYEE COMMENTS** *(Optional).* You may use this section to comment on your performance for this appraisal period. You may also indicate the extent to which your supervisor helped develop your knowledge, skills and abilities.

| Name of Employee | WU, XIAO-FENG | SSN: | 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 |
|---|---|---|---|

**SECTION IV - SUMMARY LEVEL DETERMINATION, RATING OFFICIAL'S APPROVAL, AND EMPLOYEE COMMENTS**

**PART 1 -- SUMMARY LEVEL DETERMINATION:** When a *rating of record* or an *interim performance* rating is prepared, an overall summary level must be assigned to the rating. Based on the level assigned to each critical and non-critical job element, rating officials must use the instructions below to determine the employee's overall summary level. Prior to documenting the summary level determination on the appraisal form, the rating official must share and discuss a draft of the appraisal report and the proposed summary level determination with the employee. The employee must also have an opportunity to comment formally on his/her final appraisal report in *Part 3* below. *(See instructions for additional guidance.)*

**Outstanding:** The majority of elements (critical and non-critical) have been rated at the Outstanding level ☒
with the remainder being rated no lower than Excellent.
**Excellent:** The majority of elements (critical and non-critical) have been rated at the Excellent level or ☐
above, with the remainder being rated no lower than Fully Successful. Exceptions: (1) When one of two or two of four elements are rated at the Outstanding level and the remainder are rated no lower than Fully Successful, the overall rating would be Excellent; (2) When a majority of elements (critical and non-critical) are rated at the Outstanding level and a remaining non-critical element is rated Unacceptable, the overall summary level is Excellent (this should rarely occur).
**Fully Successful:** All critical elements have been rated at least Fully Successful. Unacceptable on a ☐
non-critical element results in an overall summary level of Fully Successful.
**Unacceptable:** One or more critical elements has been rated Unacceptable. ☐

**PART 2 -- RATING OFFICIAL'S APPROVAL OF THE RATING OF RECORD *or* INTERIM PERFORMANCE RATING**
*(See Type of Appraisal Report in Section I)*

_____  01-24-2004
Signature of Rating Official      Date *(mm-dd-yyyy)*

**PART 3 -- EMPLOYEE COMMENTS** *(Optional).* You may use this section to comment on your performance for this appraisal period. You may also indicate the extent to which your supervisor helped develop your knowledge, skills and abilities.

DS-1966

| Name of Employee | WU, XIAO-FENG | SSN· | 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 |
|---|---|---|---|

## SECTION IV - SUMMARY LEVEL DETERMINATION, RATING OFFICIAL'S APPROVAL, AND EMPLOYEE COMMENTS

**PART 1 -- SUMMARY LEVEL DETERMINATION** When a *rating of record* or an *interim performance* rating is prepared, an overall summary level must be assigned to the rating Based on the level assigned to each critical and non critical job element, rating officials must use the instructions below to determine the employee's overall summary level Prior to documenting the summary level determination on the appraisal form, the rating official must share and discuss a draft of the appraisal report and the proposed summary level determination with the employee The employee must also have an opportunity to comment formally on his/her final appraisal report in *Part 3 below (See instructions for additional guidance )*

**Outstanding:** The majority of elements (critical and non-critical) have been rated at the Outstanding level with the remainder being rated no lower than Excellent ☒

**Excellent:** The majority of elements (critical and non-critical) have been rated at the Excellent level or above, with the remainder being rated no lower than Fully Successful Exceptions (1) When one of two or two of four elements are rated at the Outstanding level and the remainder are rated no lower than Fully Successful, the overall rating would be Excellent; (2) When a majority of elements (critical and non-critical) are rated at the Outstanding level and a remaining non-critical element is rated Unacceptable, the overall summary level is Excellent (this should rarely occur). ☐

**Fully Successful:** All critical elements have been rated at least Fully Successful Unacceptable on a non-critical element results in an overall summary level of Fully Successful. ☐

**Unacceptable:** One or more critical elements has been rated Unacceptable ☐

---

**PART 2 -- RATING OFFICIAL'S APPROVAL OF THE RATING OF RECORD or INTERIM PERFORMANCE RATING** *(See Type of Appraisal Report in Section I)*

_____
Signature of Rating Official

01-26-2004
Date *(mm dd yyyy)*

---

**PART 3 -- EMPLOYEE COMMENTS** *(Optional)* You may use this section to comment on your performance for this appraisal period You may also indicate the extent to which your supervisor helped develop your knowledge, skills and abilities

| Name of Employee | WU, XIAO-FENG | SSN: | 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 |
|---|---|---|---|

### SECTION IV - SUMMARY LEVEL DETERMINATION, RATING OFFICIAL'S APPROVAL, AND EMPLOYEE COMMENTS

**PART 1 -- SUMMARY LEVEL DETERMINATION:**  When a *rating of record* or an *Interim performance* rating is prepared, an overall summary level must be assigned to the rating. Based on the level assigned to each critical and non-critical job element, rating officials must use the instructions below to determine the employee's overall summary level. Prior to documenting the summary level determination on the appraisal form, the rating official must share and discuss a draft of the appraisal report and the proposed summary level determination with the employee. The employee must also have an opportunity to comment formally on his/her final appraisal report in *Part 3* below. *(See instructions for additional guidance.)*

**Outstanding:**  The majority of elements (critical and non-critical) have been rated at the Outstanding level with the remainder being rated no lower than Excellent.  ☒

**Excellent:**  The majority of elements (critical and non-critical) have been rated at the Excellent level or above, with the remainder being rated no lower than Fully Successful. Exceptions: (1) When one of two or two of four elements are rated at the Outstanding level and the remainder are rated no lower than Fully Successful, the overall rating would be Excellent;  (2)  When a majority of elements (critical and non-critical) are rated at the Outstanding level and a remaining non-critical element is rated Unacceptable, the overall summary level is Excellent (this should rarely occur).  ☐

**Fully Successful:**  All critical elements have been rated at least Fully Successful. Unacceptable on a non-critical element results in an overall summary level of Fully Successful.  ☐

**Unacceptable:** One or more critical elements has been rated Unacceptable.  ☐

---

**PART 2 -- RATING OFFICIAL'S APPROVAL OF THE RATING OF RECORD** *or* **INTERIM PERFORMANCE RATING**
*(See Type of Appraisal Report in Section I)*

_____
Signature of Rating Official

01-28-2003
Date *(mm-dd-yyyy)*

---

**PART 3 -- EMPLOYEE COMMENTS** *(Optional).* You may use this section to comment on your performance for this appraisal period. You may also indicate the extent to which your supervisor helped develop your knowledge, skills and abilities.

| Name of Employee | **WU, Xiao-feng** | | SSN: | 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 | Page | **6** | of | **7** |

**SECTION IV - SUMMARY LEVEL DETERMINATION, RATING OFFICIAL'S APPROVAL, AND EMPLOYEE COMMENTS**

**PART 1 -- SUMMARY LEVEL DETERMINATION:** When a *rating of record* or an *interim performance* rating is prepared an overall summary level must be assigned to the rating. Based on the employee's overall performance and the element appraisal level assigned to each critical and non-critical job element, rating officials must use the conversion technique below to determine the employee's summary level. Prior to documenting the summary level determination on the appraisal form, the rating official must share and discuss a draft of the appraisal report and the proposed summary level determination with the employee. After the report is finalized, the employee must also have an opportunity to comment formally on his/her appraisal report in *Part 3 below. (See instructions for additional guidance)*

**Outstanding:** The majority of elements (critical and non-critical) have been rated at the Outstanding level with the remainder being rated no lower than Excellent.   ☒

**Excellent:** The majority of elements (critical and non-critical) have been rated at the Excellent level or above, with the remainder being rated no lower than Fully Successful. Exception Rules: (1) In the event of a split where one out of two or two out of four elements are rated at the Outstanding level and the remainder are rated no lower than Fully Successful, the overall rating would be Excellent. (2) When the majority of the elements (critical and non-critical) are rated at the Outstanding level, if the remaining non-critical element is rated Unacceptable, the overall summary level assigned is Excellent (this should rarely occur).   ☐

**Fully Successful:** All critical elements have been rated at least Fully Successful. Unacceptable on a non-critical element results in an overall summary level of Fully Successful.   ☐

**Unacceptable:** One or more critical elements has been rated Unacceptable. Non-critical elements may be a mix of ratings   ☐

**PART 2 – RATING OFFICIAL'S APPROVAL OF THE RATING OF RECORD *or* INTERIM PERFORMANCE RATING** *(See Type of Appraisal Report in Section I)*

_____   1/28/02
Signature of Rating Official      Date

**PART 3 – EMPLOYEE COMMENTS** *(Optional).* Use this section to comment on the strengths and weaknesses of your performance and your achievement of the job elements for this appraisal period. You may also indicate the extent to which your supervisor helped develop your knowledge, skills and abilities   *(Use continuation sheet for additional comments and see instructions for additional guidance.)*

DS 1966
01-1997

| Name of Employee | WU, Xiao-feng | | SSN | 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 | Page | 6 | of | 7 |

**SECTION IV - SUMMARY LEVEL DETERMINATION, RATING OFFICIAL'S APPROVAL, AND EMPLOYEE COMMENTS**

**PART 1 -- SUMMARY LEVEL DETERMINATION** When a *rating of record* or an *interim performance* rating is prepared an overall summary level must be assigned to the rating. Based on the employee's overall performance and the element appraisal level assigned to each critical and non-critical job element, rating officials must use the conversion technique below to determine the employee's summary level. Prior to documenting the summary level determination on the appraisal form, the rating official must share and discuss a draft of the appraisal report and the proposed summary level determination with the employee. After the report is finalized, the employee must also have an opportunity to comment formally on his/her appraisal report in *Part 3 below*   (See *instructions for additional guidance*)

**Outstanding:**   The majority of elements (critical and non-critical) have been rated at the Outstanding level with the remainder being rated no lower than Excellent ☒

**Excellent:** The majority of elements (critical and non critical) have been rated at the Excellent level or above, with the remainder being rated no lower than Fully Successful. Exception Rules   (1) In the event of a split where one out of two or two out of four elements are rated at the Outstanding level and the remainder are rated no lower than Fully Successful, the overall rating would be Excellent   (2) When the majority of the elements (critical and non critical) are rated at the Outstanding level, if the remaining non critical element is rated Unacceptable, the overall summary level assigned is Excellent (this should rarely occur) ☐

**Fully Successful:** All critical elements have been rated at least Fully Successful   Unacceptable on a non-critical element results in an overall summary level of Fully Successful ☐

**Unacceptable.** One or more critical elements has been rated Unacceptable   Non critical elements may be a mix of ratings ☐

**PART 2 -- RATING OFFICIAL'S APPROVAL OF THE RATING OF RECORD *or* INTERIM PERFORMANCE RATING**
*(See Type of Appraisal Report in Section I)*

_____   2/5/2001
Signature of Rating Official   Date

**PART 3 -- EMPLOYEE COMMENTS** *(Optional)* Use this section to comment on the strengths and weaknesses of your performance and your achievement of the job elements for this appraisal period. You may also indicate the extent to which your supervisor helped develop your knowledge, skills and abilities   *(Use continuation sheet for additional comments and see instructions for additional guidance)*

DS 1966
01 1997

| | | | | |
|---|---|---|---|---|
| FSI-2009-0030 | Training Specialist | This vacancy has been filled. | Grade 12:Referred to hiring official but not selected **more details** | No Comment |
| FSI-2010-0006 | Training Specialist | This vacancy has been filled. | Grade 12:Referred to hiring official but not selected **more details** | No Comment |
| FSI-2010-0019 | Training Specialist | This vacancy has been filled. | Grade 12:Referred to hiring official but not selected **more details** | No Comment |
| FSI-2010-0022 | Training Specialist East Asian and Pacific Languages | This vacancy has been filled. | Grade 12:Referred to hiring official but not selected **more details** | No Comment |
| FSI-2011-0017 | Training Specialist | This vacancy has been filled. | Grade 12:Referred to hiring official but not selected **more details** | No Comment |
| FSI-2011-0124 | Training Specialist - East Asian and Pacific Languages | This vacancy has been filled. | Grade 12:Referred to hiring official but not selected **more details** | Applicant was referred to hiring official but not selected for vacancy annoucement #FSI-2011-0124. |
| FSI-2013-0075 | Supervisory Language Training Specialist | This vacancy has been filled. | Grade 12:Not qualified - lacks required education **more details** | Not qualified - lacks required education. |
| | | | 13:Application Withdrawn | Applicant requested to Withdraw Application. |